# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO HATRI WOOTEN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>WARDEN SCRIBNER, et al.,<br><br>　　　　　　Defendants.　　　　／ | CASE NO. 1:05-CV-01342-OWW-LJO-P<br><br>ORDER ADDRESSING MOTION AND DIRECTING PLAINTIFF TO SUBMIT FILING FEE IN FULL OR FILE APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(Doc. 9) |

　　　Plaintiff Mario Hatri Wooten ("plaintiff") is a state prisoner proceeding pro in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on October 11, 2005. However, plaintiff has neither paid the filing fee in full nor filed an application to proceed in forma pauperis. On December 13, 2005, plaintiff filed a motion seeking a court order directing prison officials to certify his trust account statement.

　　　Plaintiff shall be provided with a blank application to proceed in forma pauperis. Plaintiff should fill out the application and forward it to the appropriate prison official for completion, following whatever procedures the institution has in place for processing such applications.

　　　Based on plaintiff's motion and in accordance with the court's practice, it is HEREBY ORDERED that:

　　　1.　　The Clerk's Office shall send plaintiff an application to proceed in forma pauperis;

　　　2.　　Within **thirty (30) days** from the date of service of this order, plaintiff shall either pay the $250.00 filing fee in full or file an application to proceed in forma pauperis; and

1

3. The failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:**   **January 10, 2006**           /s/ Lawrence J. O'Neill
i0d3h8                                UNITED STATES MAGISTRATE JUDGE

2